UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re CAROLINE BROWN,

       Debtor.
_____/

SUMI LIM,

       Plaintiff/Appellant,

    v.

CAROLINE BROWN;

       Defendants/Appellees.
_____/

No. C 11-3942 PJH
Bankr. Case No. 09-32424 TEC
Adv. Case No. 09-3201

**DISMISSAL ORDER**

       This bankruptcy appeal, opened August 11, 2011, is duplicative of another bankruptcy appeal opened by this court's clerk's office on August 9, 2011, case no. C 11-3894 CW.  The case is DISMISSED as opened in error, and the parties are advised that they should comply with the deadlines set in the case currently pending before the Honorable Claudia Wilken.

       The clerk shall close this case.

**IT IS SO ORDERED.**

Dated: September 9, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge